UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LARRY D. CHEATHAM,**<br><br>Plaintiff,<br><br>vs.<br><br>**HEATHER L. HAYE and SUE BIDWELL,**<br><br>Defendants. | 2:19-CV-10480-TGB-CI<br><br>HON. TERRENCE G. BERG<br>HON. CURTIS IVY, JR.<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 87)** |

This matter is before the Court on Magistrate Judge Curtis Ivy Jr.'s December 29, 2021 Report and Recommendation (ECF No. 87), recommending that Defendant Bidwell's Motion for Summary Judgment (ECF No. 72) be granted, that Defendant Haye's motion for summary judgment (ECF No. 75) be granted in part and denied in part, and that Plaintiff's opposing motion to Haye's motion for summary judgment (ECF No. 86) be denied as moot.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy"

1

of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*.

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of December 29, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Ivy's Report and Recommendation (ECF No. 87) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant Bidwell's Motion for Summary Judgment (ECF No. 72) be **GRANTED**, that Defendant Haye's motion for summary judgment (ECF No. 75) be **GRANTED IN PART AND DENIED IN PART**, and that Plaintiff's opposing motion to Haye's motion for summary judgment (ECF No. 86) be **DENIED AS MOOT**.

**SO ORDERED** this 31st day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge
