UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LARRY D CHEATHAM, <br><br> Plaintiff, <br><br> vs. <br><br> BIDWELL, HEATHER L. HAYS, <br><br> Defendants. | 2:19-CV-10480-TGB <br><br> ORDER GRANTING IN PART MOTION FOR APPOINTMENT OF COUNSEL (ECF NO. 102) |

The Court, having considered Plaintiff's Motion for Appointment of Counsel, GRANTS the motion in part. The Court will refer this matter to the pro bono committee and stay the case for a period of 90 days. If the committee is unable to secure pro bono attorney assistance for Mr. Cheatham, the case will be returned to the Court's active docket and will be set for trial.

DATED this 14th day of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge